TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*David Kennedy*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Kennedy, | Case No.: 2:16-cv-02524-DJH |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| CSF2, Inc., a foreign corporation, | |
| Defendant. | |

Plaintiff, through counsel undersigned, hereby dismisses the within action against CSF2, Inc., with prejudice and without costs to either party.

KENT LAW OFFICES

1

1 | DATED: September 9, 2016

By:   */s/  Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
David Kennedy